# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MARCY C. CURTIS, Individually and On Behalf of All Others Similarly Situated, ) ) ) | |
| Plaintiff, ) | Case No. 1:19-cv-01290-CFC |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| TABLEAU SOFTWARE, INC., ADAM SELIPSKY, BILLY BOSWORTH, BROOKE SEAWELL, CHRISTIAN CHABOT, CHRISTOPHER STOLTE, ELLIOTT JURGENSEN, JR., GERRI MARTIN-FLICKINGER, HILARIE KOPLOW-MCADAMS, JOHN MCADAM, PATRICK HANRAHAN, SALESFORCE.COM, INC., and SAUSALITO ACQUISITION CORP., ) ) ) ) ) ) ) ) ) ) | CLASS ACTION |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Marcy C. Curtis ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: August 29, 2019

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
    Brian D. Long (#4347)
    Gina M. Serra (#5387)
    300 Delaware Avenue, Suite 1220
    Wilmington, DE 19801
    Telephone: (302) 295-5310
    Facsimile: (302) 654-7530
    Email: bdl@rl-legal.com
    Email: gms@rl-legal.com

*Attorneys for Plaintiff*